IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Arlene F. Sams, ) | C/A No.: 1:16-999-PMD-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Carolyn W. Colvin, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration ("Commissioner"), by her attorneys, Beth Drake, Acting United States Attorney, and Marshall Prince, Assistant United States Attorney for the District of South Carolina, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. [ECF No. 15]. The movant represents that Plaintiff's counsel, Beatrice Whitten, consents to the motion. *Id.*

By order of the court, this case is remanded to the Appeals Council. The Appeals Council will direct the Administrative Law Judge ("ALJ") to permit Plaintiff to submit additional evidence, hold a *de novo* hearing, obtain testimony from a vocational expert, explain the weight accorded to all medical opinions of record, and issue a new decision.

Pursuant to the power of this court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for

remand of this action for further proceedings, this court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further administrative proceedings as set out above. *See Shalala v. Schaefer*, 509 U.S. 292 (1993). The Clerk of Court is directed to enter a separate judgment pursuant to the Fed. R. Civ. P. 58.

    IT IS SO ORDERED.

January 5, 2017                                          Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge